STATE OF CONNECTICUT *v.* TARRANCE LAWRENCE

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 765 (AC 24716), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court lacked subject matter jurisdiction to consider the defendant's motion to correct an illegal sentence?"

The Supreme Court docket number is SC 17598.

*Donald D. Dakers*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided January 11, 2006

STATE OF CONNECTICUT *v.* SEAN HAMILTON

*Raymond L. Durelli*, special public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided January 11, 2006

STATE OF CONNECTICUT *v.* CHAMON CABEZUDO

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 303 (AC 24791), is denied.